IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT AVALOS,

        Petitioner,                                        No. CIV S-11-2234 EFB P

   vs.

KATHLEEN ALLISON, Warden,

        Respondent.                                       <u>ORDER</u>

                                               /

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 5, 2011, respondent filed a motion to dismiss. On January 23, 2012, petitioner filed an opposition brief to the motion to dismiss. On February 6, 2012, respondent withdrew her motion to dismiss and asked for 30 days to prepare an answer.

Accordingly, it is hereby ORDERED that:

1. Respondent's motion to dismiss is deemed withdrawn and the Clerk is directed to terminate docket entry 9.

2. Respondent shall file and serve an answer within 30 days from the date of this order.

3. Petitioner's reply, if any, shall be filed and served within 30 days of service of the answer.

Dated: February 9, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE